UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Matthew Limron,

                Plaintiff,        Case No. 14-cv-12890

v.                                 Judith E. Levy
                                 United States District Judge
Commissioner of Social Security,
                                 Mag. Judge David R. Grand
                Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE GRAND'S REPORT AND RECOMMENDATION [19] ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [11]**

This is a Social Security appeal. Before the Court is Magistrate Judge Grand's thorough and thoughtful Report and Recommendation (Dkt. 19) recommending the Court grant defendant's motion for summary judgment (Dkt. 11), issued June 13, 2016. The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed.

Accordingly, and on review of the Report and Recommendation,

The Report and Recommendation (Dkt. 19) is ADOPTED;

Defendant's motion for summary judgment (Dkt. 11) is GRANTED; and

The findings of the Commissioner are ADOPTED and this case is DISMISSED.[1]

IT IS SO ORDERED.

Dated: June 30, 2016  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
 United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 30, 2016.

 s/Felicia M. Moses
 FELICIA M. MOSES
 Case Manager

---

[1] The parties, by failing to object to the Report and Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).